
**VAN–159** Order Confirming Chapter 13 Plan – Rev. 09/20/2018

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Marnie Wyche Edge
3714 Columbia Avenue
Wilson, NC 27896

CASE NO.: 18–06141–5–JNC

DATE FILED: December 28, 2018

CHAPTER: 13

ORDER CONFIRMING CHAPTER 13 PLAN

THIS MATTER comes before the court upon the Chapter 13 Plan filed in the above case on February 19, 2019 at

**Docket Number 27**; and

IT APPEARING to the court that the plan should be confirmed.

NOW THEREFORE, IT IS HEREBY ORDERED that the plan is confirmed.

The trustee is directed to make payment of commissions and expenses to the trustee and fees and costs to the debtor's attorney, Palmer E. Huffstetler III, in the amount of $5000.00 as reasonable compensation, of which the sum $665.00 was paid prior to the filing of this case. The balance of $4335.00 shall be paid in such a manner as may be authorized by the trustee. In the event the fee allowed is less than requested, the debtor's attorney may request the court to reconsider the fee allowance upon appropriate motion for reconsideration to be filed with the court within 20 days of entry of this order.

The trustee is directed to pay administrative expenses and creditors with timely filed proofs of claim pursuant to the plan; the trustee is directed to make a final report and file a final account of the administration of the estate with the court; the debtor(s) shall not transfer any interest in real property without prior approval of the court; and this order does not prejudice the debtor(s) or trustee from objecting to claims or from bringing any applicable avoidance action.

DATED: March 12, 2019

Joseph N. Callaway
United States Bankruptcy Judge